# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3651

_____

Timothy J. Boe,                                           *
                                                         *
           Appellant,                                  *
                                                         *   Appeal from the United States
    v.                                                 *   District Court for the
                                                         *   District of Minnesota.
TCF National Bank; John or Jane                          *
Does 1-100, unknown investors; John                      *   [UNPUBLISHED]
Roes 1-100, being undisclosed                            *
mortgage aggregators (Wholesalers),                      *
mortgage originators, loan seller,                       *
Trustee of Pooled Assets, Trustee for                    *
holders of certificates of Collateralized                *
Mortgage Obligations,                                    *
                                                         *
           Appellees.                                  *

_____

Submitted:  May 2, 2011
Filed:  May 5, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Timothy J. Boe appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his Truth in Lending Act lawsuit. Upon de novo review, see Detroit Gen. Ret. Sys. v. Medtronic, Inc., 621 F.3d 800, 804-05 (8th Cir. 2010) (standard of review), we find that the dismissal was proper, see Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004) (pro se complaint must be liberally construed, but must allege sufficient facts to support claims advanced). We decline to consider the claims Boe has waived on appeal, see Griffith v. City of Des Moines, 387 F.3d 733, 739 (8th Cir. 2004), or the issues raised in the district court's order which he has not briefed, see Meyers v. Starke, 420 F.3d 738, 743 (8th Cir. 2005); and we find nothing in the record reflecting judicial bias. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.